IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT D. FESSLER and MARY FESSLER, Husband and Wife,　　　　　Plaintiffs,　vs.　DEERE & COMPANY, INC., a Delaware Corporation,　　　　　Defendant. | Case No. 8:13cv116　ORDER |

Upon notice from Daniel M. Placzek, counsel for the plaintiffs, that a settlement was reached through mediation held on September 5, 2013,

**IT IS ORDERED:**

1. On or before **October 10, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for September 13, 2013, is cancelled upon the representation that this case is settled.

Dated: September 10, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge