IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. FESSLER and<br>MARY FESSLER, Husband and Wife,<br><br>　　Plaintiffs,<br><br>v.<br><br>DEERE & COMPANY, INC.,<br>a Delaware Company,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 8:13-CV-00116<br><br><br><br>ORDER FOR<br>DISMISSAL WITH PREJUDICE |

THIS MATTER comes on before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Upon consideration thereof, the Court hereby ORDERS that the above-captioned matter be dismissed with prejudice, each party to pay their own costs.

Dated this 9th day of October, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLION
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

958762